## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TINA FERRY,              ) | **Case No.: 2:10-cv-5852** |
|                 ) | |
|       Plaintiff,    ) | |
|                 ) | |
| v.                 ) | **(Unlawful Debt Collection Practices)** |
|                 ) | |
| PORTFOLIO RECOVERY  ) | |
| ASSOCIATES, LLC,     ) | |
|       Defendant.  ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

     NOTICE IS HEREBY GIVEN that the above-captioned case has been

DISMISSED with prejudice.


   /s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Attorney ID: AB 0891
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15th day of February 2011, that a copy of the

aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Chris Lagow, Esq.
Portfolio Recovery Associates
140 Corporate Blvd.
Norfolk, VA 23502

_/s/ Amy L. Bennecoff_____
Amy L. Bennecoff, Esquire
Attorney ID: AB 0891
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003