# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TINA FERRY, | ) Case No.: 2:10-cv-5852 |
| Plaintiff, | ) |
| v. | ) (Unlawful Debt Collection Practices) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

/s/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Attorney ID: AB 0891
Kimmel & Silverman, PC
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003

SO ORDERED:
DATED: 2/18/11